UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GUSTAVO A. PEREZ,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV09-03843 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gustavo A. Perez #:K-15548
Correctional Training Facility
P.O. Box 689, Cell #:ZW-211Low
Soledad, CA 93960-0689

Dated: January 14, 2010

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk