**Not for Publication**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LEON LEE MEYERS, | No. C 09-4643 TEH (NJV) |
| Plaintiff, | ORDER FOLLOWING TELEPHONIC CONFERENCE |
| v. | |
| ALAMEDA COUNTY PRISON HEALTH SERVICES, et al., | |
| Defendants. | |

On January 24, 2011, Senior District Judge Thelton E. Henderson entered an order denying Plaintiff's motion for summary judgment, and granting in part and denying in part Defendant Bowers' motion for summary judgment. (Docket No. 40.) In that order Senior District Judge Henderson also stayed these proceedings until further order of the Court, and referred the case to the undersigned for a settlement conference. *Id.* A settlement conference was conducted at Solano State Prison on March 23, 2011, and the case did not settle. (Docket No. 50.)

Pursuant to the request of Senior District Judge Henderson, the undersigned held a telephonic conference with the parties on April 19, 2011, to explore whether the parties have made any progress towards settlement and whether a further settlement conference would be productive. After discussing the matter with Plaintiff and counsel for Defendant Bowers, the Court finds that the parties' positions are too far apart for a further settlement conference to be productive at this time. The Court invited the

parties to contact the Court should they wish to pursue settlement at any point in the future. Accordingly, a settlement conference will not currently be scheduled in this matter

IT IS SO ORDERED.

Dated: April 19, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LEON LEE MEYERS, | No. C 09-4643 TEH/NJV (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| ALAMEDA COUNTY PRISON HEALTH SERVICES, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on April 19, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Leon L. Meyers
#:AB7261
Salinas Valley State Prison
Facility B-5-117
P.O. Box 1050
Soledad, CA 93960-1060

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3