IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LEE MEYERS, | No. C-09-4643 TEH (PR) |
| Plaintiff, | ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL |
| v. | |
| ALAMEDA COUNTY PRISON HEALTH SERVICES, et. al., | |
| Defendants. | (Doc. ## 32, 43 & 44) |

Plaintiff, being in need of counsel to assist him in this matter, and good and just cause appearing,

IT IS ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

(1) The clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, (b) a copy of the docket sheet, and (c) a copy of the operative complaint and relevant court orders.

(2) Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

(3) All proceedings in this action are stayed until four

weeks from the date an attorney is appointed to represent Plaintiff in this action.

(4) Plaintiff's pending motions listed at docket numbers 32, 43 and 44, upon which the Court deferred ruling due to ongoing settlement proceedings, are now DISMISSED without prejudice to Plaintiff refiling them once counsel has been appointed. The clerk is directed to terminate the motions listed under docket numbers 32, 43 and 44.

IT IS SO ORDERED.

DATED   05/16/2011

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.09\Meyers-09-4643-referral to fpb project.wpd

**2**