**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEON LEE MEYERS,** | **No. C-09-4643 TEH (PR)** |
| Plaintiff, | **ORDER APPOINTING COOLEY LLP AS PRO BONO COUNSEL FOR PLAINTIFF** |
| v. | |
| **ALAMEDA COUNTY PRISON HEALTH SERVICES, et. al.,** | |
| Defendants. | |

Per order filed on May 17, 2011, the court referred plaintiff to the Federal Pro Bono Project of the Volunteer Legal Services Program (VLSP) to find a volunteer attorney to represent him.

VLSP has informed the court in writing that Michael Rhodes (SBN 116127) of Cooley LLP has agreed to serve as appointed pro bono counsel for plaintiff in this action.  The court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Michael Rhodes of Cooley LLP as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

1    The clerk shall serve a copy of this order on the parties
2 and on Michael Rhodes, Cooley LLP, 101 California Avenue, Fifth
3 Floor, San Francisco, CA 94111-5800, and set this matter for a case
4 management conference within 60 days of this order.
5    IT IS SO ORDERED.

7 DATED    *06/16/2011*            _____
                                   THELTON E. HENDERSON
8                                  United States District Judge

27 G:\PRO-SE\TEH\CR.09\Meyers-09-4643-appointment of counsel.wpd

28                                 **2**