Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
Maya Pri-Tal Ohana, SBN. 272903
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-979-0100; 415-979-0747 (fax)
mmg@hudginslaw.com

Attorneys for Defendants Lynn C. Bowers, L.V.N.

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KATHLYN A. QUERUBIN (275085)
(kquerubin@cooley.com)
ABIGAIL E. PRINGLE (272548)
(apringle@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff Leon Meyers

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEON L. MEYERS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY PRISON HEALTH SERVICES, et al.,<br><br>    Defendants. | Case No. 09- 04643 TEH (PR)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER** |

## Stipulation

The parties hereby request a short continuance of the case management conference currently scheduled for August 1, 2011.  The parties make this request because Inmate-Plaintiff Leon Meyers's recently appointed *pro bono* counsel has not yet had an opportunity to meet with him due to prison restrictions on visiting.  Without that meeting, holding a case management conference would only waste the Court's and counsels' time and resources.

The parties, through their counsel, thus respectfully request a 45- to 60-day continuance.

SO STIPULATED

Dated: July 25, 2011					COOLEY LLP
							MICHAEL G. RHODES (116127)
							KATHLYN A. QUERUBIN (275085)
							ABIGAIL E. PRINGLE (272548)


							*/s/ Abigail E. Pringle*
							      Abigail E. Pringle

							Attorneys for Plaintiff
							Leon L. Meyers



Dated: July 25, 2011					LAW OFFICES OF NANCY E. HUDGINS


							*/s/ Matthew M. Grigg*_____
							Matthew M. Grigg
							Attorneys for Defendant
							Lynn C. Bowers, L.V.N.

**Order**

Pursuant to the parties' stipulation, the case management conference scheduled for August 1, 2011 is hereby continued to October 3, 2011 at 1:30 p.m. The parties shall submit a joint case management conference statement at least seven days prior thereto.

IT IS SO ORDERED:



07/26/2011

_____
Hon. Thelton E. Henderson
United States District Judge