IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LEE MEYERS, | No. C-09-4643 TEH (PR) |
|     Plaintiff, | ORDER RESETTING TIME FOR SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE |
|     v. | |
| ALAMEDA COUNTY PRISON HEALTH SERVICES, et. al., | |
|     Defendants. | |

This case has been referred to Judge Vadas. The settlement conference shall be completed by April 30, 2012. The case management conference is continued to Monday, May 14, 2012 at 1:30 p.m. The parties shall file a joint case management statement seven days prior to the next hearing.

IT IS SO ORDERED.

DATED  01/10/2012

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.09\Meyers-09-4643-resetting time for settlement conference.wpd