United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LEON L. MEYERS, | No. C 09-4643-TEH (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| PRISON HEALTH SERVICES, et al, | |
| Defendants. | |
| _____/ | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of LEON L. MEYERS, inmate no. AB7261, presently in custody in Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 26, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: ANTHONY HEDGPETH, WARDEN

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of LEON L. MEYERS in your custody in the hereinabove-mentioned institution, on March 7, 2012, at 11:00 a.m., at Solano State Prison, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Meyers v. Prison Health Services, et al., and at the termination of said hearing return him forthwith to

1 said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall
2 thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all
3 times necessary until the termination of the proceedings for which his testimony is required in this
4 Court;

5      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

7

8 Dated: January 26, 2012

9                                             RICHARD WIEKING
                                             CLERK, UNITED STATES DISTRICT COURT
10

11                                              By: Linn Van Meter
                                                 Administrative Law Clerk
12

13

14

15 Dated: January 26, 2012



16

17

18

19

20

21

22

23

24

25

26

27

28