| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) |
| 2 | (rhodesmg@cooley.com) |
| | ABIGAIL E. PRINGLE (272548) |
| 3 | (apringle@cooley.com) |
| | NATHAN J. KLEINER (275881) |
| 4 | (nkleiner@cooley.com) |
| | 101 California Street, 5th Floor |
| 5 | San Francisco, CA  94111-5800 |
| | Telephone:     (415) 693-2000 |
| 6 | Facsimile:     (415) 693-2222 |
| 7 | Attorneys for Plaintiff LEON L. MEYERS |
| 8 | Matthew M. Grigg (195951) |
| 9 | Nancy E. Hudgins (85222) |
| | LAW OFFICES OF NANCY E. HUDGINS |
| 10 | 565 Commercial Street, 4th Floor |
| | San Francisco, CA 94111 |
| 11 | 415-979-0100; 415-979-0747 (fax) |
| | mmg@hudginslaw.com |
| 12 | |
| 13 | Attorneys for Defendant Lynn C. Bowers, L.V.N. |

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON L. MEYERS, | Case No.  C-09-04643-TEH (NJV) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CANCEL SETTLEMENT CONFERENCE** |
| v. | |
| ALAMEDA COUNTY PRISON HEALTH SERVICES, et al., | Judge:  Hon. Thelton E. Henderson |
| Defendant. | Magistrate Judge:  Nandor J. Vadas |
| | Conference Date:  March 7, 2012 |

To avoid the waste of significant party and judicial resources, Plaintiff Leon L. Meyers and Defendant Lynn C. Bowers, L.V.N., jointly request cancellation of the third settlement conference with Magistrate Judge Vadas (currently set for March 7, 2012).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION AND ORDER TO CANCEL
SETTLEMENT CONFERENCE
3:09-CV-04643-TEH

By way of background, Mr. Meyers is a state prisoner who originally sued Ms. Bowers *in pro se*. On January 24, 2011, the Court denied Ms. Bowers's first summary judgment motion, and simultaneously referred the parties to Magistrate Judge Vadas for a settlement conference. (Doc. 40.) Ms. Bowers subsequently discovered more information that she contends would necessitate summary judgment, and advised Judge Vadas accordingly during the March 21, 2011 settlement conference.

On April 19, 2011, Judge Vadas conducted a telephonic status conference, which he transformed into a settlement conference. (Doc. 53.) Judge Vadas concluded at that time:

> The parties remain too far apart in terms of settlement negotiations for a further settlement conference to be fruitful at this time. If, after the ruling on [the second motion for] summary judgment is entered, the parties determine a further settlement conference may be useful, the parties may contact the court to request another date.

*Id*.

The Court subsequently appointed counsel for Plaintiff, who recommended that Mr. Meyers revisit the possibility of settlement. Based on the understanding that Mr. Meyers would significantly reduce his settlement aspirations, Ms. Bowers agreed not to oppose Mr. Meyers's attorneys' request for a third settlement conference. (*See* Doc. 64, p. 5.) That settlement conference has been set for March 7, 2012. However, following discussion with counsel, Mr. Meyers remains disinclined to reduce his settlement aspirations, such that counsel for both sides agree another settlement conference at this time would be an utter waste.

In sum, nothing has changed from the last settlement conference when Magistrate Judge Vadas concluded "a further settlement conference [would not] be fruitful." Thus, although the parties requested the referral for a third settlement conference, they now respectfully request that the Court cancel the referral.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION AND ORDER TO CANCEL
SETTLEMENT CONFERENCE
3:09-CV-04643-TEH

| | | |
|---|---|---|
| 1 | Dated: February 21, 2012 | COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>ABIGAIL E. PRINGLE (272548)<br>NATHAN J. KLEINER (275881) |

/s/ *Abigail E. Pringle*
        Abigail E. Pringle

Attorneys for Plaintiff
Leon L. Meyers

Dated: February 21, 2012        LAW OFFICES OF NANCY E. HUDGINS

/s/ *Matthew M. Grigg*
        Matthew M. Grigg

Attorneys for Defendant Lynn C. Bowers, L.V.N.

**ORDER**

Pursuant to the parties' stipulation, the order requiring them to participate in another settlement conference is hereby vacated.

IT IS SO ORDERED.

Dated: February 22, 2012.

_____
Judge Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION AND ORDER TO CANCEL
SETTLEMENT CONFERENCE
3:09-CV-04643-TEH