UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LEON LEE MEYERS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY PRISON HEALTH SERVICES, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4643 TEH (NJV)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

An order was entered in this case on January 23, 2012, setting a settlement conference for 11:00 a.m. on Wednesday, March 7, 2012, at Solano State Prison. (Docket No. 67.) On January 26, 2012, the Court issued a writ of habeas corpus ad testificandum for the attendance of the plaintiff at the settlement conference. (Docket No. 69.)

On February 22, 2012, a stipulation and order was entered cancelling the settlement conference. (Docket No. 74.) Accordingly, the writ of habeas corpus issued for the attendance of the plaintiff at the settlement conference is HEREBY VACATED.

IT IS SO ORDERED.

Dated: February 24, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge