```
COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
ABIGAIL E. PRINGLE (272548)
(apringle@cooley.com)
NATHAN J. KLEINER (275881)
(nkleiner@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Plaintiff
LEON L. MEYERS
```

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON L. MEYERS,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY PRISON HEALTH SERVICES, et al.,<br><br>Defendant. | Case No.  C-09-04643-THE (NJV)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF COOLEY LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Judge: Hon. Thelton E. Henderson<br>Magistrate Judge:  Nandor J. Vadas<br>Conference Date:  May 14, 2012 |

### STIPULATION

WHEREAS, Pursuant to this Court's Order Resetting Time for Settlement Conference and Case Management Conference of January 10, 2012, Plaintiff Leon L. Meyers and Defendant Lynn C. Bowers are scheduled to attend a case management conference on Monday, May 14, 2012 at 1:30 pm and to file a joint case management statement today, May 7, 2012;

WHEREAS, Counsel for Plaintiff, Cooley LLP ("Cooley"), intends to file within the next several days a Motion to Withdraw as Counsel of Record for Plaintiff;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1268235 /SF       1.       Stipulation and [Proposed] Order Continuing
Case Management Conference
3:09-CV-04643-THE

1   WHEREAS, Defendant does not object to Cooley's Motion to Withdraw;

2   WHEREAS, Cooley seeks to avoid any prejudice to Plaintiff by reason of its Motion to Withdraw;

3   WHEREAS, the parties agree that a case management conference would be more productive after Cooley's Motion to Withdraw has been resolved;

4   NOW THEREFORE, the Plaintiff and Defendant hereby STIPULATE AND AGREE to continue the case management conference until Cooley's Motion to Withdraw has been resolved, subject to the approval and Order of the Court.

Dated: May 7, 2012

COOLEY LLP
MICHAEL G. RHODES (116127)
ABIGAIL E. PRINGLE (272548)
NATHAN J. KLEINER (275881)

/s/ *Abigail E. Pringle*
    Abigail E. Pringle

Attorneys for Plaintiff
Leon L. Meyers

Dated: May 7, 2012

LAW OFFICES OF NANCY E. HUDGINS

/s/ *Matthew M. Grigg*
    Matthew M. Grigg

Attorneys for Defendant
Lynn C. Bowers, L.V.N.

**ORDER**

IT IS SO ORDERED.

Dated:  May  8 , 2012.

_____
Judge Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1268235 v1/SF

2.

Stipulation and [Proposed] Order Continuing
Case Management Conference
3:09-CV-04643-THE