IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEON L. MEYERS,

                Plaintiff,

     v.

ALAMEDA COUNTY PRISON HEALTH SERVICES, et al.,

                Defendant.

NO. C09-4643 TEH

ORDER SETTING DEADLINE TO RESPOND TO MOTION TO PERMIT WITHDRAWAL OF COUNSEL

       The Court is in receipt of counsel for Plaintiff's motion to withdraw as counsel of record, which sets forth the difficulties which have arisen in the relationship between Cooley, LLP, and Plaintiff Leon Meyers. Plaintiff has been given notice of his attorneys' intent to file this motion, and has not yet responded.

       If the difficulties in the relationship between Mr. Meyers and his attorneys do, in fact, warrant the withdrawal of counsel, it is unlikely that Mr. Meyers will be able to find new counsel, and therefore Mr. Meyers will likely have to proceed *pro se.*

       In light of the fact that granting this motion may very well leave Plaintiff without counsel, and in order to ensure that Mr. Meyers is afforded an opportunity to respond to the motion of his attorneys, the Court will extend the deadlines previously set in this case to enable Mr. Meyers to send his response to the Court, if he wishes.

       No response is required, but if Mr. Meyers does wish to respond, he should explain any opposition to his lawyers' motion to withdraw, indicate to the Court whether he believes he will be prejudiced if the Court grants the motion, and further indicate if he believes the relationship between himself and his attorneys can be repaired or salvaged going forward.

1   Any such response must be **postmarked on or before June 5, 2012.** The hearing
2 presently set for June 11, 2012, is vacated, to be re-calendared if the Court determines further
3 hearing is required. The Court further ORDERS counsel for Plaintiff to serve Mr. Meyers
4 with a copy of this order.

7 **IT IS SO ORDERED.**

9 Dated: 5/16/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT