IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEON L. MEYERS,

          Plaintiff,

    v.

ALAMEDA COUNTY PRISON HEALTH SERVICES, et al.,

          Defendant.

NO. C09-04643 TEH

ORDER RE: PLAINTIFF'S RESPONSE TO COUNSEL'S MOTION TO WITHDRAW

On May 10, 2012, counsel for Plaintiff Leon Meyers moved to withdraw, citing fundamental differences of opinion between counsel and Plaintiff with regards to the handling of the case, and an overall breakdown in the attorney-client relationship. On May 16, 2012, this Court issued an order requiring a response from Plaintiff Leon L. Meyers, which the Court received on May 24, 2012, well ahead of the set filing deadline. In order to afford Plaintiff's counsel an opportunity to review and respond to the position of their client, the letter shall be filed under seal, but the Clerk shall serve this Order, with a copy of the letter attached, on counsel for the Plaintiff in this case. Counsel are hereby ordered to file a reply, under seal, on or before **June 14, 2012**.

**IT IS SO ORDERED.**

Dated: 5/31/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT