IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEON L. MEYERS,

                Plaintiff,

      v.

ALAMEDA COUNTY PRISON HEALTH SERVICES, et al.,

                Defendant.

NO. C09-4643 TEH

ORDER SETTING *IN CAMERA* HEARING

On June 14, 2012, counsel for Plaintiff Leon L. Meyers filed their reply to this Court's order of May 31, 2012, on the matter of counsel's pending motion to withdraw. In their reply, counsel indicated their willingness to provide further detail for the Court on the issues which have arisen between counsel and Plaintiff, provided these disclosures be made *in camera*. As further detail would be of aid to the Court in reaching a determination on the merits of counsel's motion, an *in camera* hearing shall be held on **Monday, July 2, 2012 at 11:00 a.m.**, in Courtroom 12, on the 19th floor of the U.S. District Court in San Francisco. Plaintiff's counsel are ordered to appear in person, and further ordered to arrange for the Plaintiff to appear by phone, which he may do by calling the Court at (415) 522-3630. Any arrangements necessary to enable Plaintiff to place this call shall be made by Plaintiff's counsel.

**IT IS SO ORDERED.**

Dated: 6/20/12

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT