COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
ABIGAIL E. PRINGLE (272548)
(apringle@cooley.com)
NATHAN J. KLEINER (275881)
(nkleiner@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

COOLEY LLP
ANGELA L. DUNNING (212047)
(adunning@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 843-7400

Attorneys for Plaintiff
LEON L. MEYERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON L. MEYERS,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY PRISON HEALTH SERVICES, et al.,<br><br>Defendant. | Case No.  C-09-04643-TEH (NJV)<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER CONTINUING SETTLEMENT CONFERENCE AND TELEPHONIC STATUS CONFERENCE**<br><br>Judge: Hon. Thelton E. Henderson<br>Magistrate Judge: Hon. Nandor J. Vadas<br>Conference Date: October 3, 2012 |

WHEREAS, Pursuant to this Court's August 2, 2012 Notice and Order Setting Settlement Conference and Status Conference in Pro Se Prisoner Early Settlement Program, Plaintiff Leon L. Meyers and Defendant Lynn C. Bowers are scheduled to attend a settlement conference at 9:00 a.m. on October 3, 2012;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1283849/SF

STIPULATION AND [PROPOSED] ORDER
CONTINUING SETTLEMENT CONFERENCE
3:09-CV-04643-TEH

WHEREAS, counsel for the parties are further scheduled to participate in a telephonic status conference on September 11, 2012, at 1:45 p.m. to report on their efforts toward settlement;

WHEREAS, the parties have conferred and agree that additional discovery may aid settlement discussions and contribute to a more productive settlement conference;

WHEREAS, because, as recognized in Judge Vadas' August 27, 2012 Order Denying Stipulation Without Prejudice, the parties request a continuation of the October 3, 2012 conference to a date outside of the 90 days prescribed by this Court's July 19, 2012 Order for Further Settlement Conference, this request must properly be made to this Court;

NOW THEREFORE, the parties hereby STIPULATE AND AGREE, through their undersigned counsel of record, subject to the approval of the Court, to:

(1) Continue the settlement conference to November 14, 2012 or such date thereafter as may be convenient to the Court; and

(2) Continue the telephonic status conference to October 23, 2012 or such date thereafter as may be convenient to the Court.

Dated: August 28, 2012         COOLEY LLP

                               /s/ Abigail E. Pringle
                               Abigail E. Pringle

                               Attorneys for Plaintiff
                               LEON L. MEYERS

Dated: August 28, 2012         LAW OFFICES OF NANCY E. HUDGINS

                               /s/ Matthew M. Grigg
                               Matthew M. Grigg

                               Attorneys for Defendant
                               LYNN C. BOWERS, L.V.N.

**IT IS SO ORDERED.**

Dated: ____08/28____, 2012     _____
                               HONORABLE THELTON E. HENDERSON
                               UNITED STATES DISTRICT JUDGE

*[Signature: Judge Thelton E. Henderson]*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1283849/SF                     2.                    STIPULATION AND [PROPOSED] ORDER
                                                     CONTINUING SETTLEMENT CONFERENCE
                                                     3:09-CV-04643-TEH