UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LEON LEE MEYERS,<br><br>        Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY PRISON<br>HEALTH SERVICES, et al.,<br><br>        Defendants.<br>_____/ | No. C 09-4643 TEH (NJV)<br><br>ORDER VACATING STATUS<br>CONFERENCE AND<br>SETTLEMENT CONFERENCE |

Pursuant to the stipulation and order entered by District Judge Henderson on August 30, 2012, the status conference set for September 11, 2012, and the settlement conference set for October 3, 2012, are HEREBY VACATED. The settlement conference and related status conference will be reset by separate order.

IT IS SO ORDERED.

Dated: August 31, 2012

                                                                                        _____<br>
                                                                                        NANDOR J. VADAS<br>
                                                                                        United States Magistrate Judge