UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LEON L. MEYERS, | No. C 09-4643-TEH (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| PRISON HEALTH SERVICES, et al, | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of LEON L. MEYERS, inmate no. AB7261, presently in custody in Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 22, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   ANTHONY HEDGPETH, WARDEN

GREETINGS

WE COMMAND that you have and produce the body of LEON L. MEYERS, inmate no. AB7261, in your custody in the hereinabove-mentioned institution, on November 29, 2012, at 1:00 p.m., at Solano State Prison, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Meyers v. Prison Health Services, et al., and at the termination of said

1 hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the
2 above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to
3 produce said prisoner at all times necessary until the termination of the proceedings for which his
4 testimony is required in this Court;

5     Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

8 Dated: October 22, 2012

9     RICHARD WIEKING
    CLERK, UNITED STATES DISTRICT COURT

10

11     By: Linn Van Meter
        Administrative Law Clerk

15 Dated: October 22, 2012



NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LEON LEE MEYERS,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY PRISON HEALTH SERVICES, et al,<br><br>    Defendants._____/ | No.09-CV-4643 TEH (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on October 22, 2012, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator Enedelia Donnelly
Salina Valley State Prison
PO Box 1020
Soledad, CA  93960-1020

Dated: October 22, 2012

                /s/ *Linn Van Meter*
                Linn Van Meter
                Administrative Law Clerk to the
                Honorable Nandor J. Vadas