1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7          EUREKA DIVISION
8
9   LEON LEE MEYERS,                    No. C 09-4643 TEH (NJV)
10              Plaintiff,
                                        ORDER RE MEET AND CONFER
11        v.
12  ALAMEDA COUNTY PRISON
    HEALTH SERVICES, et al.,
13
14              Defendants.
    _____/
15
16        The Court's order of October 19, 2012, setting the settlement conference in this case required
17  the presence of the CDCR's representative at the telephonic meet and confer between counsel. (Docket
18  no. 101.) Because the CDCR is not a defendant in this case, that requirement is HEREBY VACATED.
19  Rather than a representative of the CDCR, a representative of Alameda County shall be present at the
20  telephonic meet and confer.
21  IT IS SO ORDERED.
22
23  Dated: October 22, 2012
                                        _____
24                                      NANDOR J. VADAS
                                        United States Magistrate Judge
25
26
27
28

**United States District Court**
For the Northern District of California