UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LEON LEE MEYERS,<br><br>        Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY PRISON HEALTH SERVICES, et al.,<br><br>        Defendants.<br>_____/ | No. C 09-4643 TEH (NJV)<br><br>ORDER RE MEET AND CONFER |

The Court's order of October 19, 2012, setting the settlement conference in this case required the presence of the CDCR's representative at the telephonic meet and confer between counsel. (Docket no. 101.) Because the CDCR is not a defendant in this case, that requirement is HEREBY VACATED. Rather than a representative of the CDCR, a representative of Alameda County shall be present at the telephonic meet and confer.

IT IS SO ORDERED.

Dated: October 22, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge