UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LEON LEE MEYERS,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA COUNTY PRISON<br>HEALTH SERVICES, et al.,<br><br>　　　Defendants.<br>_____/ | No.  09-CV-4643 TEH (NJV)<br><br>ORDER RE TELEPHONIC  PRESENCE OF PLAINTIFF AT<br>SETTLEMENT CONFERENCE |

　　A settlement conference is scheduled in this case at 1:00 p.m. on November 29, 2012, at Solano State Prison.  Per the court's order of  November 1, 2012, Plaintiff's counsel will personally appear at the settlement conference and Plaintiff will appear telephonically.  Both counsel and Plaintiff shall call into the court's conference line at the appropriate time by dialing 888-684-8852, and entering access code 1868782 and security code 7416.  Plaintiff's counsel shall contact the litigation coordinator at Salinas Valley State Prison to arrange for Plaintiff's telephonic appearance.

IT IS SO ORDERED.

Dated: November 14, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LEON LEE MEYERS, | No. 09-CV-4643 TEH (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| ALAMEDA COUNTY PRISON HEALTH SERVICES, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on November 14, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Courtesy Copy to:

Litigation Coordinator Enedelia Donnelly
Salinas Valley State Prison
PO Box 1020
Soledad, CA  93960-1020

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas